E-FILED
Tuesday, 12 April, 2022 02:25:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ASHLEY KONNEKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-3053 |
| | ) | |
| MACOUPIN COUNTY PUBLIC | ) | |
| HEALTH DEPARTMENT and | ) | |
| KENT TARRO, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

RICHARD MILLS, United States District Judge:

Ashley Konneker filed a two-count complaint wherein she alleges her rights under the Family Medical Leave Act of 1993, 29 U.S.C. § 2601 *et seq*., were violated and the Macoupin County Public Health Department failed to pay her agreed upon wages in contravention of the Illinois Wage Payment and Collection Act, 820 ILCS 115/1 *et seq*. In an Order entered on May 26, 2021, the Court granted in part and denied in part the Parties' Motions for Summary Judgment. Defendant Macoupin County Public Health Department moves to reconsider the denial of its Motion for Summary Judgment as to the FMLA interference claim in Plaintiff Ashley Konneker's Complaint.

As a general matter, motions to reconsider serve a limited purpose of correcting manifest errors of law or fact or allowing a party to present newly discovered evidence. *See Hicks v. Midwest Transit, Inc.*, 531 F.3d 467, 474 (7th Cir. 2008).

The Department asks the Court to reconsider its ruling on the motion as to the FMLA interference claim based on what it claims was a misunderstanding of the Department's position and the application of the facts to the law as to the claim. Specifically, the Department alleges the Court erred in determining there was a question of fact regarding whether the Department interfered with Konneker's rights under the FMLA upon her returning from maternity leave by requiring her to obtain a suboxone certificate, altering her work hours and requiring a 30-day notice for medical appointments. The Department claims that the Court twice improperly applied the protections of the FMLA regarding reinstatement to a job that was eliminated before Konneker began her leave. The Department further asserts the Court misconstrued the timing of the suboxone certificate requirement.

After reviewing the Department's motion, Konneker's response and the entire record, the Court concludes it has no basis to depart from its previous ruling denying the Department's Motion for Summary Judgment as to the FMLA interference claim in Konneker's Complaint.

Ergo, the Motion of Defendant Macoupin County Public Health Department

for Reconsideration of the Denial of Motion for Summary Judgment on the FMLA

Interference Claim [d/e 31] is DENIED.

A final pretrial conference is set for May 5, 2022 at 3:30 p.m.

ENTER: April 8, 2022

FOR THE COURT:

/s/ *Richard Mills*
Richard Mills
United States District Judge